UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      Case No. 18-CR-31

LORI ANN STRINGFELLOW,

      Defendant.

## MOTION TO SEAL DOCUMENTS

The defendant, Lori Ann Stringfellow, through undersigned counsel, respectfully moves this Court pursuant for an order to permit the sealing of the Ex-Parte Letter in the above referenced matter.

AS GROUNDS THEREFORE the defendant states the following:

The Motion relates to confidential information regarding the defendant's health.

Respectfully submitted this 12th day of March, 2019

                                            /s/ Brian Kinstler
                                            Brian Kinstler
                                            Attorney for Defendant
                                            KINSTLER LAW OFFICE, LLC
                                            735 North Water Street, Suite 729
                                            Milwaukee, Wisconsin 53202
                                            Tel: (414) 271-1200
                                            Fax: (414) 298-6647
                                            brian@kinstlerlaw.com